CLOSED

# U.S. District Court
## District of Maryland (Baltimore)
## CIVIL DOCKET FOR CASE #: 1:07-cv-01344-RDB
### Internal Use Only

| | |
|---|---|
| Stillmock et al v. Ross Stores, Inc. et al | Date Filed: 05/21/2007 |
| Assigned to: Judge Richard D Bennett | Date Terminated: 09/10/2007 |
| Cause: 15:1681 Fair Credit Reporting Act | Jury Demand: Plaintiff |
| | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Patrick Stillmock**     represented by     **Robert K Jenner**
Janet Jenner and Suggs LLC
1829 Reisterstown Rd Ste 320
Baltimore, MD 21208
14106533200
Fax: 14106539030
Email: rjenner@medlawlegalteam.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J Cord**
Janet Jenner and Suggs LLC
1829 Reisterstown Rd Ste 320
Baltimore, MD 21208
14106533200
Fax: 14106539030
Email: JCord@medlawlegalteam.com
*ATTORNEY TO BE NOTICED*

**Katherine B Bornstein**
Schiffrin Barroway Topaz and Kessler LLP
280 King of Prussia Rd
Radnor, PA 19087
16106677706
Fax: 16106677056
Email: kbornstein@sbtklaw.com
*ATTORNEY TO BE NOTICED*

**Keith David Forman**
Janet Jenner and Suggs LLC
1829 Reisterstown Rd Ste 320
Baltimore, MD 21208
14106533020

Fax: 14106539030
Email: kforman@medlawlegalteam.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanne Stillmock**　　　　　　　　　represented by　**Robert K Jenner**
*Individually and on behalf of all others*　　　　　　　　(See above for address)
*similarly situated*　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**John J Cord**
　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Katherine B Bornstein**
　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Keith David Forman**
　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ross Stores, Inc.**　　　　　　　　　represented by　**Lisa Michelle Welsh**
　　　　　　　　　　　　　　　　　　　　　　　　　　Ballard Spahr Andrews and Ingersoll LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　300 E Lombard St 18th Fl
　　　　　　　　　　　　　　　　　　　　　　　　　　Baltimore, MD 21202
　　　　　　　　　　　　　　　　　　　　　　　　　　14105285600
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 14103618965
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Robert A Scott**
　　　　　　　　　　　　　　　　　　　　　　　　　　Ballard Spahr Andrews and Ingersoll LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　300 E Lombard St 18th Fl
　　　　　　　　　　　　　　　　　　　　　　　　　　Baltimore, MD 21202
　　　　　　　　　　　　　　　　　　　　　　　　　　14105285527
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 14103618937
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: scottr@ballardspahr.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 through 10**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/21/2007 | 1 | COMPLAINT against Ross Stores, Inc., Does 1 through 10 (Filing fee $ 350, Receipt #14637017217), filed by Patrick Stillmock, Jeanne Stillmock. (Attachments: # 1 Civil Cover Sheet)(raf, Deputy Clerk) Modified on 5/31/2007 (raf, Deputy Clerk). (Entered: 05/22/2007) |
| 05/21/2007 | | Jury Trial Demand by Patrick Stillmock, Jeanne Stillmock. (raf, Deputy Clerk) (Entered: 05/22/2007) |
| 05/21/2007 | 2 | Local Rule 103.3 Disclosure Statement by Patrick Stillmock, Jeanne Stillmock. (raf, Deputy Clerk) (Entered: 05/22/2007) |
| 05/22/2007 | 3 | Summons Issued 20 days as to Ross Stores, Inc. (raf, Deputy Clerk) (Entered: 05/22/2007) |
| 06/27/2007 | 4 | NOTICE of Appearance by Robert A Scott on behalf of Ross Stores, Inc. (Scott, Robert) (Entered: 06/27/2007) |
| 06/27/2007 | 5 | MOTION for Extension of Time to File Response/Reply *to Complaint* by Ross Stores, Inc., Patrick Stillmock, Jeanne Stillmock.Responses due by 7/16/2007 (Scott, Robert) (Entered: 06/27/2007) |
| 06/27/2007 | 6 | Paperless ORDER granting 5 Parties' Joint Motion for Extension of Time to File Response. Answer/response due July 18, 2007. (Bennett, Richard) (Entered: 06/27/2007) |
| 06/28/2007 | | (Court only) ***Attorney Lisa Michelle Welsh for Ross Stores, Inc. added. (hml, Deputy Clerk) (Entered: 06/28/2007) |
| 07/18/2007 | 7 | ANSWER to Complaint by Ross Stores, Inc..(Scott, Robert) (Entered: 07/18/2007) |
| 07/18/2007 | 8 | Local Rule 103.3 Disclosure Statement by Ross Stores, Inc.. (Scott, Robert) (Entered: 07/18/2007) |
| 07/18/2007 | 9 | SCHEDULING ORDER: Status Report due by 11/30/2007. Signed by Judge Richard D Bennett on 7/18/07. (Attachments: # 1 Letter re: Discovery)(hml, Deputy Clerk) (Entered: 07/18/2007) |
| 07/18/2007 | 10 | MOTION for Edward Ciolko to Appear Pro Hac Vice by Patrick Stillmock, Jeanne Stillmock. (FILING FEE PAID) (RECEIPT 14637018057 (hml, Deputy Clerk) (Entered: 07/18/2007) |
| 07/18/2007 | 11 | MARGINAL ORDER denying 10 Motion for Edward Ciolko to Appear Pro Hac Vice. Signed by Judge Marvin J. Garbis on 7/16/07. (FOR 11, SEE 10) (hml, Deputy Clerk) (Entered: 07/18/2007) |
| 07/18/2007 | 12 | MOTION for Robert Biela to Appear Pro Hac Vice by Patrick Stillmock, Jeanne Stillmock. (FILING FEE PAID) (RECEIPT 14637018057) (hml, Deputy Clerk) (Entered: 07/18/2007) |
| 07/18/2007 | 13 | MARGINAL ORDER denying 12 Motion for Robert Biela to Appear Pro Hac Vice. Signed by Judge Marvin J. Garbis on 7/16/07. (FOR 13, SEE 12) (hml, Deputy Clerk) (Entered: 07/18/2007) |

| | | |
|---|---|---|
| 07/18/2007 | 14 | MOTION for Joseph Weeden to Appear Pro Hac Vice by Patrick Stillmock, Jeanne Stillmock. (FILING FEE PAID) (RECEIPT 14637018057) (hml, Deputy Clerk) (Entered: 07/18/2007) |
| 07/18/2007 | 15 | MARGINAL ORDER denying 14 Motion for Joseph Weeden to Appear Pro Hac Vice. Signed by Judge Marvin J. Garbis on 7/16/07. (FOR 15, SEE 14) (hml, Deputy Clerk) (Entered: 07/18/2007) |
| 08/01/2007 | 16 | Correspondence re: early settlement/ADR, proceeding before a magistrate judge and ESI (Forman, Keith) (Entered: 08/01/2007) |
| 08/02/2007 | 17 | MOTION to Transfer Case *or, In the Alternative, Stay of This Action* by Ross Stores, Inc.. Responses due by 8/20/2007 (Attachments: # 1 Supplement Memorandum in Support of Motion to Transfer Venue# 2 Exhibit Exhibit 1 Declaration of Ken Jew# 3 Exhibit Exhibit 2 Declaration of M.D. Moye# 4 Supplement Supplement to Exhibit 2 - Complaint in this matter# 5 Supplement Supplement to Exhibit 2 - McGee Complaint# 6 Supplement Supplement to Exhibit 2 - Tolley Complaint# 7 Supplement Supplement to Exhibit 2 - Declaration of Meads# 8 Supplement Supplement to Exhibit 2 - Declaration of Hartshorn# 9 Supplement Supplement to Exhibit 2 - Declaration of Swafford)(Scott, Robert) (Entered: 08/02/2007) |
| 08/20/2007 | 18 | RESPONSE re 17 MOTION to Transfer Case *or, In the Alternative, Stay of This Action* filed by Patrick Stillmock, Jeanne Stillmock. (Forman, Keith) (Entered: 08/20/2007) |
| 08/20/2007 |  | (Court only) Set Deadlines as to 17 MOTION to Transfer Case *or, In the Alternative, Stay of This Action*. Replies due by 9/4/2007. (hml, Deputy Clerk) (Entered: 08/21/2007) |
| 08/28/2007 | 19 | NOTICE of Appearance by Katherine B Bornstein on behalf of all plaintiffs (Bornstein, Katherine) (Entered: 08/28/2007) |
| 09/07/2007 | 20 | STIPULATION *Regarding Transfer of Venue* by Ross Stores, Inc., Patrick Stillmock, Jeanne Stillmock. (Scott, Robert) (Entered: 09/07/2007) |
| 09/10/2007 | 21 | STIPULATION AND ORDER transferring case to the Northern District of California. Signed by Judge Richard D Bennett on 9/10/07. (hml, Deputy Clerk) (Entered: 09/10/2007) |
| 09/10/2007 |  | (Court only) ***Civil Case Terminated. (hml, Deputy Clerk) (Entered: 09/12/2007) |
| 09/14/2007 | 22 | Correspondence from Clerk to the Northern District of California (San Francisco) re: Transfer of Case. (hml, Deputy Clerk) (Entered: 09/14/2007) |