IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICK AND JEANNE STILLMOCK, *
individually and on behalf of all others
similarly situated                    *
9413 Twilight Drive
Baltimore, Maryland 21236             *

    Plaintiffs                *

v.                                    *    Civil Action No. 1:07 CV 1344- RDB

ROSS STORES, INC.                     *
8333 Central Avenue
Newark, California                    *

and                                   *

DOES 1 through 10                     *

    Defendants.               *

---

### STIPULATION REGARDING TRANSFER OF VENUE

Plaintiffs and Defendant Ross Stores, Inc. ("Defendant" or "Ross"), by their attorneys and pursuant to 28 U.S.C. § 1404(a), hereby stipulate and agree that this action be transferred from this District of Maryland to the Northern District of California and state as follows:

    1.    On or about August 2, 2007, Ross filed a motion (the "Motion") asking the Court to transfer venue in this action on the grounds that the convenience of the parties and the interests of justice would be better served by transferring the case to the Northern District of California, where a nearly identical action, *McGee v. Ross Stores, Inc.*, No. C 06 7496 CRB ("*McGee*"), was already underway.

    2.    In response to Ross's Motion, Plaintiffs filed a response in which they stated that they did not object to transferring the case to the Northern District of California, provided that the depositions of Plaintiffs take place in Maryland.

DMEAST #9868711 v1



3. In light of Plaintiffs' response, the parties have conferred and agreed to stipulate as follows:

(a) This action should be transferred to the United States District Court for the Northern District of California; and

(b) Any depositions of Plaintiffs taken in this case after transfer shall take place in Maryland.

STIPULATED AND AGREED:

/s/   Keith D. Forman
Robert K. Jenner (Atty #01465)
John J. Cord (Atty #16758)
Keith D. Forman (Atty #28349)
JANET JENNER & SUGGS, LLC
Woodholme Center
1829 Reisterstown Road, Suite 320
Baltimore, Maryland 21208
(410) 653-3200

Attorneys for Plaintiffs

/s/   Robert A. Scott
Robert A. Scott (Atty #5168)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
(410) 528-5600

Attorney for Defendants

/s/   Katherine B. Bornstein
Katherine B. Bornstein (Atty #28460)
SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

SO ORDERED:

*[signature]*
HON. RICHARD D. BENNETT
United States District Judge