**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 20, 2007

CASE TITLE:   PATRICK STILLMOCK-v-ROSS STORES, INC.
RECEIVED FROM: USDC District of Maryland

CASE NUMBER:   CV 07-04809 MJJ

TO COUNSEL OF RECORD:

    The above entitled action has been transferred to this District.  All future filings should reflect the above case number.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

o:\mrg\civil\transin.mrg