```
 1   HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
     LAWRENCE M. CIRELLI -114710
 2   lcirelli@hansonbridgett.com
     M. D. MOYE - 152871
 3   mmoye@hansonbridgett.com
     GARNER K. WENG - 191462
 4   gweng@hansonbridgett.com
     425 Market Street, 26th Floor
 5   San Francisco, CA 94105
     Telephone:   (415) 777-3200
 6   Facsimile:   (415) 541-9366

 7   Attorneys for Defendant
     ROSS STORES, INC.
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK STILLMOCK, JEANNE STILLMOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC.,<br><br>Defendant. | No. C-07-04809 MJJ<br><br>**PROOF OF SERVICE** |

I, Terri McGrath, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *Stillmock v. Ross Stores, Inc.*; that my business address is 425 Market Street, 26th Floor, San Francisco, California 94105. On October 2, 2007, I served a true and accurate copy of the attached document(s) entitled:

**SUBSTITUTION OF ATTORNEYS**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

| | |
|---|---|
| Katherine B. Bornstein<br>Schiffrin Broadway<br>280 King of Prussia Road<br>Radnor, PA 19807 | John J. Cord<br>Janet Jenner and Suggs LLC<br>1829 Reistertown Road, Suite 320<br>Baltimore, MD 21208 |

| | |
|---|---|
| Keith David Forman<br>Janet Jenner and Suggs LLC<br>1829 Reistertown Road, Suite 320<br>Baltimore, MD  21208 | Robert K. Jenner<br>Janet Jenner and Suggs LLC<br>1829 Reistertown Road, Suite 320<br>Baltimore, MD  21208 |
| Robert A. Scott<br>Ballard Spahr Andrews and Ingersoll LLP<br>300 E Lombard Street, 18th Floor<br>Baltimore, MD  21202 | Lisa Michelle Welsh<br>Ballard Spahr Andrews and Ingersoll LLP<br>300 E Lombard Street, 18th Floor<br>Baltimore, MD  21202 |

☒ (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with (firm name)'s practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 425 Market Street, 26th Floor, San Francisco, California  94105. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

☐ (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via (Routing Delivery Service) to the party(ies) so designated on the service list.

☐ (By Telecopy Fax pursuant to Code of Civil Procedure section 1013.) I am readily familiar with (firm name)'s practice for processing of documents via Telefax. Following these ordinary business practices, I directed that the above referenced documents(s) be placed in the Telefax machine, with all costs of Telefaxing prepaid, directed to each of the party(ies) listed on the attached service list using the last Telefax numbers(s) given by the party(ies), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful. A copy of the Telefax report indicating successful transmission is attached hereto.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Terri McGrath*
Terri McGrath

| | |
|---|---|
| 1 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
| | LAWRENCE M. CIRELLI -114710 |
| 2 | lcirelli@hansonbridgett.com |
| | M. D. MOYE - 152871 |
| 3 | mmoye@hansonbridgett.com |
| | GARNER K. WENG - 191462 |
| 4 | gweng@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 5 | San Francisco, CA 94105 |
| | Telephone:   (415) 777-3200 |
| 6 | Facsimile:   (415) 541-9366 |
| 7 | Attorneys for Defendant |
| | ROSS STORES, INC. |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK STILLMOCK, JEANNE STILLMOCK, individually and on behalf of all others similarly situated, | No. C-07-04809 MJJ |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| v. | |
| ROSS STORES, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE THAT Defendant ROSS STORES, INC. hereby substitutes and consents to the law offices of Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP as its attorneys of record in place and instead of the law offices of Ballard Spahr Andrews & Ingersoll, LLP.

All notices, correspondence, pleadings, applications, motions, and other documents served and filed in this case should be served on:

> Lawrence J. Cirelli, Esq.
> M. D. Moye, Esq.
> Garner K. Weng, Esq.
> Hanson, Bridgett, Marcus, Vlahos & Rudy
> 425 Market Street, 26th Floor
> San Francisco, CA 94105
> Email: lcirelli@hansonbridgett.com
> mmoye@hansonbridgett.com
> gweng@hansonbridgett.com
> Telephone: (415) 777-3200
> Facsimile: (415) 541-9366

- 1 -

SUBSTITUTION OF ATTORNEYS (CASE NO. C 07-04809 MJJ)                                                1358770.1

I consent to the above substitution.

DATED: October 2, 2007                             ROSS STORES INC.

                                        By:     /s/ Ken Jew
                                                KEN JEW, ESQ.
                                        Its Vice-President, Corporate Counsel,
                                                    Defendant


I consent to the above substitution.

DATED: October 2, 2007                     BALLARD SPAHR ANDREWS &
                                                   INGERSOLL


                                        By:     /s/ Robert A. Scott
                                                ALAN S. KAPLINSKY
                                                ROBERT A. SCOTT
                                            Former Attorneys for Defendant
                                                ROSS STORES, INC.


    I accept the above substitution.

DATED: October 2, 2007                     HANSON BRIDGETT MARCUS
                                                VLAHOS & RUDY, LLP


                                        By:     /s/ M. D. Moye[1]
                                                LAWRENCE M. CIRELLI
                                                    M. D. MOYE
                                                GARNER K. WENG
                                             Attorneys for Defendant
                                                ROSS STORES, INC.


This substitution of attorneys is hereby approved.


DATED: _____, 2007
                                        _____
                                        THE HONORABLE MARTIN J. JENKINS
                                            United States District Court Judge

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

- 2 -