| | |
|---|---|
| 1 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
| | LAWRENCE M. CIRELLI -114710 |
| 2 | lcirelli@hansonbridgett.com |
| | M. D. MOYE - 152871 |
| 3 | mmoye@hansonbridgett.com |
| | GARNER K. WENG - 191462 |
| 4 | gweng@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 5 | San Francisco, CA  94105 |
| | Telephone:     (415) 777-3200 |
| 6 | Facsimile:      (415) 541-9366 |
| 7 | Attorneys for Defendant |
| | ROSS STORES, INC. |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK STILLMOCK, JEANNE STILLMOCK, individually and on behalf of all others similarly situated, | No. C-07-04809 MJJ |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| v. | |
| ROSS STORES, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE THAT Defendant ROSS STORES, INC. hereby substitutes and consents to the law offices of Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP as its attorneys of record in place and instead of the law offices of Ballard Spahr Andrews & Ingersoll, LLP.

All notices, correspondence, pleadings, applications, motions, and other documents served and filed in this case should be served on:

> Lawrence J. Cirelli, Esq.
> M. D. Moye, Esq.
> Garner K. Weng, Esq.
> Hanson, Bridgett, Marcus, Vlahos & Rudy
> 425 Market Street, 26th Floor
> San Francisco, CA  94105
> Email:  lcirelli@hansonbridgett.com
> mmoye@hansonbridgett.com
> gweng@hansonbridgett.com
> Telephone:  (415) 777-3200
> Facsimile:  (415) 541-9366

- 1 -

SUBSTITUTION OF ATTORNEYS (CASE NO. C 07-04809 MJJ)   1358770.1

1

2  I consent to the above substitution.

3  DATED:  October 2, 2007                                    ROSS STORES INC.

4                                                             By:      /s/ Ken Jew
                                                                    KEN JEW, ESQ.
5                                                            Its Vice-President, Corporate Counsel,
                                                                        Defendant
6

7
   I consent to the above substitution.
8
   DATED:  October 2, 2007                                BALLARD SPAHR ANDREWS &
9                                                                  INGERSOLL

10

11                                                          By:      /s/ Robert A. Scott
                                                                  ALAN S. KAPLINSKY
12                                                                ROBERT A. SCOTT
                                                              Former Attorneys for Defendant
13                                                                ROSS STORES, INC.

14
   I accept the above substitution.
15
   DATED:  October 2, 2007                                HANSON BRIDGETT MARCUS
16                                                              VLAHOS & RUDY, LLP

17

18                                                          By:      /s/ M. D. Moye[1]
                                                               LAWRENCE M. CIRELLI
19                                                                   M. D. MOYE
                                                                 GARNER K. WENG
20                                                           Attorneys for Defendant
                                                                ROSS STORES, INC.
21

22
   This substitution of attorneys is hereby approved.
23

24  DATED:  _____10/09_____, 2007

25                                                          THE HONORABLE ____ JENKINS
                                                                                  Judge
26                                                          [Signature: Martin J. Jenkins]
                                                            Judge Martin J. Jenkins
27  _____

28  [1] I hereby attest that I have on file all holograph signatures for any "conformed" signature (/S/) within this efiled document.

- 2 -

SUBSTITUTION OF ATTORNEYS (CASE NO. C 07-04809 MJJ)                                    1358770.1