| | |
|---|---|
| 1 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
| | LAWRENCE M. CIRELLI -114710 |
| 2 | lcirelli@hansonbridgett.com |
| | M. D. MOYE - 152871 |
| 3 | mmoye@hansonbridgett.com |
| | GARNER K. WENG - 191462 |
| 4 | gweng@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 5 | San Francisco, CA  94105 |
| | Telephone:     (415) 777-3200 |
| 6 | Facsimile:      (415) 541-9366 |
| 7 | Attorneys for Defendant |
| | ROSS STORES, INC. |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK STILLMOCK, JEANNE STILLMOCK, individually and on behalf of all others similarly situated, | No. C-07-04809 MJJ |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| v. | |
| ROSS STORES, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE THAT Defendant ROSS STORES, INC. hereby substitutes and consents to the law offices of Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP as its attorneys of record in place and instead of the law offices of Ballard Spahr Andrews & Ingersoll, LLP.

All notices, correspondence, pleadings, applications, motions, and other documents served and filed in this case should be served on:

> Lawrence J. Cirelli, Esq.
> M. D. Moye, Esq.
> Garner K. Weng, Esq.
> Hanson, Bridgett, Marcus, Vlahos & Rudy
> 425 Market Street, 26th Floor
> San Francisco, CA  94105
> Email:  lcirelli@hansonbridgett.com
> mmoye@hansonbridgett.com
> gweng@hansonbridgett.com
> Telephone:  (415) 777-3200
> Facsimile:  (415) 541-9366

- 1 -

SUBSTITUTION OF ATTORNEYS (CASE NO. C 07-04809 MJJ)                                        1358770.1

Case 3:07-cv-04809-CRB   Document 6   Filed 10/09/07   Page 2 of 2

1

2  I consent to the above substitution.

3  DATED: October 2, 2007                                       ROSS STORES INC.

4                                                         By:        /s/ Ken Jew
                                                                   KEN JEW, ESQ.
5                                                             Its Vice-President, Corporate Counsel,
                                                                         Defendant
6

7  I consent to the above substitution.

8  DATED: October 2, 2007                                    BALLARD SPAHR ANDREWS &
9                                                                       INGERSOLL

10

11                                                         By:      /s/ Robert A. Scott
                                                                  ALAN S. KAPLINSKY
12                                                                ROBERT A. SCOTT
                                                              Former Attorneys for Defendant
13                                                                ROSS STORES, INC.

14
   I accept the above substitution.
15
   DATED: October 2, 2007                                   HANSON BRIDGETT MARCUS
16                                                              VLAHOS & RUDY, LLP

17

18                                                         By:      /s/ M. D. Moye[1]
                                                                  LAWRENCE M. CIRELLI
19                                                                     M. D. MOYE
                                                                  GARNER K. WENG
20                                                              Attorneys for Defendant
                                                                  ROSS STORES, INC.
21

22
   This substitution of attorneys is hereby approved.
23

24  DATED: _____10/09_____, 2007
25                                                         _____
                                                           THE HONORABLE MARTIN J. JENKINS
26                                                                 United States District Judge

27  _____
   [1] I hereby attest that I have on file all holograph signatures for any
28  "conformed" signature (/S/) within this efiled document.

- 2 -

SUBSTITUTION OF ATTORNEYS (CASE NO. C 07-04809 MJJ)                                      1358770.1