## UNITED STATES DISTRICT COURT
### Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

### October 17, 2007

**CASE NUMBER:  CV 07-04809 MJJ**
**CASE TITLE:  PATRICK STILLMOCK-v-ROSS STORES, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable CHARLES R. BREYER**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB**  immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/17/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                  Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies             Special Projects
Log Book Noted                                    Entered in Computer 10/17/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                           Transferor CSA