1  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Katherine B. Bornstein (State Bar No. 249926)
2    email: kbornstein@sbtklaw.com
   280 King of Prussia Road
3  Radnor, PA 19087
   Telephone:  (610) 667-7706
4  Facsimile:   (610) 667-7056

5  Attorneys for Plaintiffs
   PATRICK STILLMOCK and JEANNE STILLMOCK
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 | PATRICK AND JEANNE STILLMOCK,         | No. C 07 4809 CRB
   | individually and on behalf of all others |
11 | similarly situated                     | **NOTICE OF APPEARANCE**

12              Plaintiffs,

13         v.

14 ROSS STORES, INC.

15 and

16 DOES 1 through 10

17              Defendants.

18

NOTICE OF APPEARANCE
C 07 4809 CRB

1    TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE:

3    Katherine B. Bornstein of Schiffrin Barroway Topaz & Kessler LLP hereby enters her appearance as counsel on behalf of Plaintiffs Patrick Stillmock and Jeanne Stillmock. Copies of all pleadings, papers and notices should be served on Ms. Bornstein as follows:

> Katherine B. Bornstein (State Bar No. 249926)
> kbornstein@sbtklaw.com
> SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
> 280 King of Prussia Road
> Telephone: (610) 667-7706
> Facsimile: (610) 667-7056

Dated: November 20, 2007            Respectfully submitted,

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP


By: _____/s/_____
    Katherine B. Bornstein
    Attorneys for Plaintiffs
    PATRICK STILLMOCK and JEANNE STILLMOCK

NOTICE OF APPEARANCE
C 07 4809 CRB