UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Patrick Stillmock, Jeanne Stillmock

　　　　　　　　Plaintiff(s),

　　　　v.

Ross Stores, Inc.

　　　　　　　　Defendant(s).

CASE NO. 07-04809 CRB

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

[x] have not yet reached an agreement to an ADR process

[ ] request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference   December 7, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
| --- | --- | --- | --- |
| M. D. Moye | Defendant | (415) 777-3200 | mmoye@hansonbridgett.com |
| Garner Weng | Defendant | (415) 777-3200 | gweng@hansonbridgett.com |
| Katherine Bornstein | Plaintiff | (610) 667-7706 | kbornstein@sbtklaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: November 20, 2007

　　　　/s/
　　Attorney for Plaintiff
　　Katherine Bornstein

Dated: November 20, 2007

　　　　/s/
　　Attorney for Defendant
　　M. D. Moye[1]

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

[1] I hereby attest that I have on file all holograph signatures for any signature indicated by a "conformed" signature (/s/) within this efiled document.