UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Patrick Stillmock, Jeanne Stillmock

        Plaintiff(s),

    v.

Ross Stores, Inc.

        Defendant(s).
_____/

Case No. 07-04809 CRB

ADR CERTIFICATION BY PARTIES AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: November 21, 2007

/s/ _____
[Party]
Ken Jew for Ross Stores, Inc.

Dated: November 21, 2007

/s/ _____
[Counsel]
M. D. Moye[1]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

[1] I hereby attest that I have on file all holograph signatures for any signature indicated by a "conformed" signature (/s/) within this efiled document.