```
 1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
    LAWRENCE M. CIRELLI -114710
 2  lcirelli@hansonbridgett.com
    M. D. MOYE - 152871
 3  mmoye@hansonbridgett.com
    GARNER K. WENG - 191462
 4  gweng@hansonbridgett.com
    425 Market Street, 26th Floor
 5  San Francisco, CA  94105
    Telephone:   (415) 777-3200
 6  Facsimile:   (415) 541-9366

 7  Attorneys for Defendant
    ROSS STORES, INC.
 8
    SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
 9  KATHERINE B. BORNSTEIN – 249926
    kbornstein@sbtklaw.com
10  280 King of Prussia Road
    Radnor, PA 19087
11  Telephone: (610) 667-7706
    Facsimile: (610) 667-7056
12
    Attorneys for Plaintiffs
13  PATRICK STILLMOCK AND JEANNE STILLMOCK

14
15                  UNITED STATES DISTRICT COURT
16              FOR THE NORTHERN DISTRICT OF CALIFORNIA
17
18  PATRICK AND JEANNE STILLMOCK,      No. C 07 4809 CRB
    individually and on behalf of all others
19  similarly situated                 STIPULATION AND [PROPOSED]
                                       ORDER OF DISMISSAL WITHOUT
20          Plaintiffs,                PREJUDICE

21      v.
22  ROSS STORES, INC.
23  and
24  DOES 1 through 10
25          Defendants.
26
```

Plaintiffs Patrick and Jeanne Stillmock ("Plaintiffs") and Defendant Ross Stores, Inc.

("Ross"), by and through their counsel, stipulate that the Complaint by Plaintiffs filed against

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE (NO. C 07 4809 CRB)

954680.1

Ross on May 21, 2007, and all claims alleged against Ross therein, are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41. The parties further stipulate that each party shall bear its own attorneys' fees and costs.

**SO STIPULATED.**

DATED: November 21, 2007

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By:      /s/
GARNER K. WENG
Attorneys for Defendant
ROSS STORES, INC.

DATED: November 21, 2007

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP

By:      /s/
KATHERINE B. BORNSTEIN
Attorneys for Plaintiffs
PATRICK STILLMOCK AND
JEANNE STILLMOCK

**ORDER**

The Court has considered the foregoing stipulation and, good cause appearing, the Court adopts the stipulation of the parties and hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

**ITS IS SO ORDERED.**

Dated: November ____, 2007

_____
Charles R. Breyer
United States District Judge