HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
LAWRENCE M. CIRELLI -114710
lcirelli@hansonbridgett.com
M. D. MOYE - 152871
mmoye@hansonbridgett.com
GARNER K. WENG - 191462
gweng@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
ROSS STORES, INC.

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
KATHERINE B. BORNSTEIN – 249926
kbornstein@sbtklaw.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiffs
PATRICK STILLMOCK AND JEANNE STILLMOCK

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK AND JEANNE STILLMOCK, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ROSS STORES, INC.<br><br>and<br><br>DOES 1 through 10<br><br>Defendants. | No. C 07 4809 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER OF CANCELLATION OF CASE MANAGEMENT CONFERENCE** |

- 1 -

STIPULATION AND [PROPOSED] ORDER OF
CANCELLATION OF CASE MANAGEMENT
CONFERENCE (NO. C 07 4809 CRB)

960723.1

WHEREAS, Plaintiffs Patrick and Jeanne Stillmock ("Plaintiffs") and Defendant Ross Stores, Inc. ("Ross") filed a Stipulation and Proposed Order of Dismissal Without Prejudice on November 21, 2007;

WHEREAS it is in the interest of efficiency to cancel the Case Management Conference (in this case only—and not in any related cases) currently scheduled for December 7, 2007 and to remove the filing requirements attendant thereto;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE as follows:

The Case Management Conference (in this case only—and not in any related cases) scheduled for December 7, 2007 is canceled and the parties will not file a proposed discovery schedule.

DATED: November 29, 2007

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: /s/
GARNER K. WENG
Attorneys for Defendant
ROSS STORES, INC.

DATED: November 29, 2007

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

By: /s/
KATHERINE B. BORNSTEIN
Attorneys for Plaintiffs
PATRICK STILLMOCK AND
JEANNE STILLMOCK

## ORDER

The Court has considered the foregoing stipulation and, good cause appearing, the Court adopts the stipulation of the parties cancelling the Case Management Conference (in this case only—and not in any related cases) scheduled for December 7, 2007 and removing as moot the filing requirements attendant thereto.

1
2
**ITS IS SO ORDERED.**
3
4
Dated: _____ ____, 2007
5
                                        _____
                                        Charles R. Breyer
6                                       United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
- 3 -

STIPULATION AND [PROPOSED ]ORDER OF
CANCELLATION OF CASE MANAGEMENT
CONFERENCE (NO. C 07 4809 CRB)
960723.1