SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
KATHERINE B. BORNSTEIN – 249926
kbornstein@sbtklaw.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiffs
PATRICK STILLMOCK AND JEANNE STILLMOCK

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK AND JEANNE STILLMOCK, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ROSS STORES, INC.<br><br>and<br><br>DOES 1 through 10<br><br>Defendants. | No. C 07 4809 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, state:

I am a citizen of the United States and employed in Radnor, Pennsylvania. I am over the age of 18 years and not a party to the within-entitled action.

My business address is Schiffrin Barroway Topaz & Kessler, LLP, 280 King of Prussia Road, Radnor, PA 19087.

On December 10, 2007, I served the foregoing document described as:

**STILLMOCK PLAINTIFFS' STATEMENT IN RESPONSE TO THE COURT'S NOVEMBER 30, 2007 ORDER**

- 1 -

CERTIFICATE OF SERVICE
CASE NO. C 07 4809 CRB

1     via first class mail and electronic mail to the following parties:

2

3     Lawrence M. Cirelli
Garner K. Weng
Myron Desverney Moye
William T. Webb
Hanson Bridgett Marcus Vlahos & Rudy, LLP
425 Market Street, 26th Floor
San Francisco, CA   94105

Mark R. Thierman
Thierman Law Firm
7287 Lakeside Drive
Reno, NV   89511

Eric A. Grover
Keller Grover, LLP
425 Second Street, Suite 500
San Francisco, CA   94107

Thomas Scott Brooke
Brooke Shaw Zumpft
1590 4th Street, Suite 100
Minden, NV   89423

J. Mark Moore
Gregory N. Karasik
Katherine J. Odenbreit
Robert Ira Spiro
Spiro Moss Barge, LLP
11377 W. Olympic Blvd., 5th Floor
Los Angeles, CA   90064

Chant Yedalian
Douglas Linde
Erica Leigh Allen
The Linde Law Firm
9000 Sunset Blvd., Suite 1025
Los Angeles, CA   90069

- 2 -

CERTIFICATE OF SERVICE
CASE NO. C 07 4809 CRB

1  I declare under penalty of perjury under the laws of the United States that the foregoing
2  is true and correct.

5                                   /s/
                        KATHERINE B. BORNSTEIN
                        Attorney for Plaintiffs
                        PATRICK STILLMOCK AND JEANNE STILLMOCK