1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   LAWRENCE M. CIRELLI -114710
2  lcirelli@hansonbridgett.com
   M. D. MOYE - 152871
3  mmoye@hansonbridgett.com
   GARNER K. WENG - 191462
4  gweng@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, CA  94105
   Telephone:    (415) 777-3200
6  Facsimile:    (415) 541-9366

7  Attorneys for Defendant
   ROSS STORES, INC.
8

   SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
9  KATHERINE B. BORNSTEIN – 249926
   kbornstein@sbtklaw.com
10 280 King of Prussia Road
   Radnor, PA 19087
11 Telephone:  (610) 667-7706
   Facsimile:  (610) 667-7056
12
   Attorneys for Plaintiffs
13 PATRICK STILLMOCK AND JEANNE STILLMOCK

14

15                  UNITED STATES DISTRICT COURT

16              FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18 PATRICK AND JEANNE STILLMOCK,           No. C 07 4809 CRB
   individually and on behalf of all others
19 similarly situated                      **STIPULATION AND [PROPOSED]**
                                           **ORDER OF DISMISSAL WITHOUT**
20           Plaintiffs,                   **PREJUDICE**

21     v.

22 ROSS STORES, INC.

23 and

24 DOES 1 through 10

25       Defendants.

26

27     Plaintiffs Patrick and Jeanne Stillmock ("Plaintiffs") and Defendant Ross Stores, Inc.

28 ("Ross"), by and through their counsel, stipulate that the Complaint by Plaintiffs filed against

**STIPULATION AND ORDER OF DISMISSAL**
**WITHOUT PREJUDICE** (NO. C 07 4809 CRB)

954680.1

1-4
Ross on May 21, 2007, and all claims alleged against Ross therein, are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41. The parties further stipulate that each party shall bear its own attorneys' fees and costs.

**SO STIPULATED.**

DATED: November 21, 2007

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: /s/
GARNER K. WENG
Attorneys for Defendant
ROSS STORES, INC.

DATED: November 21, 2007

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

By: /s/
KATHERINE B. BORNSTEIN
Attorneys for Plaintiffs
PATRICK STILLMOCK AND
JEANNE STILLMOCK

**ORDER**

The Court has considered the foregoing stipulation and, good cause appearing, the Court adopts the stipulation of the parties and hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

**ITS IS SO ORDERED.**

1

2   December 19
    Dated: ~~November~~ ____, 2007
3
                                              _____
4                                             Charles R. Breyer
                                              United States District Judge
5

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

- 3 -

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE (NO. C 07 4809 CRB)