HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
LAWRENCE M. CIRELLI -114710
lcirelli@hansonbridgett.com
M. D. MOYE - 152871
mmoye@hansonbridgett.com
GARNER K. WENG - 191462
gweng@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendant
ROSS STORES, INC.

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
KATHERINE B. BORNSTEIN – 249926
kbornstein@sbtklaw.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiffs
PATRICK STILLMOCK AND JEANNE STILLMOCK

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK AND JEANNE STILLMOCK, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ROSS STORES, INC.<br><br>and<br><br>DOES 1 through 10<br><br>Defendants. | No. C 07 4809 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Patrick and Jeanne Stillmock ("Plaintiffs") and Defendant Ross Stores, Inc. ("Ross"), by and through their counsel, stipulate that the Complaint by Plaintiffs filed against

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE (NO. C 07 4809 CRB)

954680.1

Ross on May 21, 2007, and all claims alleged against Ross therein, are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41. The parties further stipulate that each party shall bear its own attorneys' fees and costs.

**SO STIPULATED.**

DATED: November 21, 2007

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: /s/
GARNER K. WENG
Attorneys for Defendant
ROSS STORES, INC.

DATED: November 21, 2007

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

By: /s/
KATHERINE B. BORNSTEIN
Attorneys for Plaintiffs
PATRICK STILLMOCK AND
JEANNE STILLMOCK

## ORDER

The Court has considered the foregoing stipulation and, good cause appearing, the Court adopts the stipulation of the parties and hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

**ITS IS SO ORDERED.**

1

2   Dated: ~~November~~ December 19 ___, 2007

3   _____
    Charles R. ~~Breyer~~
4   United States ~~District Judge~~

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

- 3 -

**STIPULATION AND ORDER OF DISMISSAL**
**WITHOUT PREJUDICE** (NO. C 07 4809 CRB)